Olwidch DELVOIS, Petitioner,

v.

Alberto R. GONZALES, U.S. Attorney General, Respondent.

No. 05–60990.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Aug. 18, 2006.

Olwidch Delvois, Oakdale, LA, pro se.

Thomas Ward Hussey, Director, U.S. Department of Justice, Office of Immigration Litigation, John Clifford Cunningham, Luis Enrique Perez, M. Jocelyn Lopez Wright, Eric Warren Marsteller, U.S. Department of Justice, Civil Division, Immigration Litigation, Alberto R. Gonzales, U.S. Department of Justice, Washington, DC, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

Before SMITH, STEWART and PRADO, Circuit Judges.

PER CURIAM: *

Olwidch Delvois petitions this court for review of the Board of Immigration Appeals's (BIA) order that dismissed for lack

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

of jurisdiction his appeal from the Immigration Judge's (IJ) decision removing him to Haiti. Delvois's petition for review was converted from a habeas corpus petition filed pursuant to 28 U.S.C. § 2241 in the Eastern District of New York. *See Rosales v. Bureau of Immigration and Customs Enforcement*, 426 F.3d 733, 736 (5th Cir. 2005), *cert. denied,* —— U.S. ——, 126 S.Ct. 1055, 163 L.Ed.2d 882 (2006).

Delvois has previously filed a petition for review in this court, which was dismissed for lack of jurisdiction. *Delvois v. Ashcroft,* No. 04–60699 (5th Cir. Nov. 2, 2004) (unpublished). We lack jurisdiction under 8 U.S.C. § 1252(d)(2) to consider a second petition for review. *See Restrepo v. Winfrey,* 162 Fed.Appx. 311, 313 (5th Cir.2006).

Accordingly, Delvois's petition for review is DISMISSED for lack of jurisdiction. Delvois's motion for release pending appeal is DENIED.